UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD J. HUMPAL, et al.,

    Plaintiffs,

v.

OCWEN LOAN SERVICES, LLC, et al.,

    Defendants.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:11-cv-936

## ORDER OF RECUSAL

I must recuse myself under 28 U.S.C. § 455(a) and (b)(5)(i) from further involvement in this case due to a corporate disclosure statement having revealed a conflict. Pursuant to Administrative Order 07-193, the Clerk's Office shall reassign this case to another district judge in accordance with the approve procedure and assign this judge another case in its stead.

**IT IS SO ORDERED**.

Date: September 8, 2011

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge